```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 16-61116-CIV-ZLOCH
```

CRISTINA KEMP,

      Plaintiff,

vs.          **FINAL ORDER OF DISMISSAL**

PG'S ON THE GREEN, INC., GRANT
P. GALUPPI, LAUREN GALUPPI, and
PATIRCK J. GALUPPI,

      Defendants.

_____/

    THIS MATTER is before the Court upon the Joint Motion For Entry Of Order Approving And Dismissing Case With Prejudice (DE 31), filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Motion For Entry Of Order Approving And Dismissing Case With Prejudice (DE 31) be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement (DE 31-1) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement (DE 31-1); and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_11th\_\_\_\_ day of January, 2017.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record